IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ED STROBUSH, JR., : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION NO. |
| : | 1:23-CV-5127-SEG-JSA |
| EQUIFAX INFORMATION SERVICES, : | |
| LLC and EXPERIAN INFORMATION : | |
| SOLUTIONS, INC., : | |
| : | |
| Defendants. : | |

## O R D E R

The above-captioned action is before the Court on Defendant Experian Information Solutions, Inc.'s ("Experian") Motion to Compel Arbitration [26] ("Motion to Compel") and Plaintiff and Defendant Experian's Stipulation to Arbitrate [27] ("Stipulation"). In its Motion to Compel, Defendant Experian asked this Court to enforce an agreement with Plaintiff that compelled arbitration of the claims against Defendant Experian. *See* Mot. to Compel [26] at 1-6. However, Plaintiff and Defendant Experian have agreed to stipulate to arbitration. *See* Stip. [27].

Accordingly, Defendant Experian's Motion to Compel [26] is **DENIED as moot.** All deadlines in this case as to Defendant Experian are **STAYED** pending the completion of arbitration. Plaintiff and Defendant Experian are **ORDERED** to file

a status report as to the progress of arbitration beginning **September 30, 2024**, and every **ninety (90) days** thereafter until all of Plaintiff's claims against Defendant Experian are dismissed. The case will proceed against Defendant Equifax Information Services, LLC.

    **IT IS SO ORDERED** this 15th day of May, 2024.

_____
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE